U.S. District Court  
Southern District of New York

Dated: 7/6/20

United States of America  
v.  
Jeffrey Herring

Case No: 16-CR-302  
Judge: Kenneth M. Karas

RECEIVED JUL 09 2020 U.S.D.C. WP

## Motion For Extension of Time

The Defendant, Jeffrey Herring, hereby requests this Honorable Court grant the Defendant 90 days to submit to the Courts his 2255 motion to vacate, set aside or correct his sentence for the following reasons:

1) The Defendant is currently housed at USP Coleman #2 which has been on an extended modified lockdown operations since April 1, 2020 (Due to the Covid-19 Pandemic.)

2) The administration predicts that this facility will remain on this extended modified lockdown for at least a few more months. During this lockdown the Defendant (as well as the rest of the population) have no access to the Law Library or any of its materials to work on his case.

## Conclusion

The Defendant requests that this Honorable Court grant the Defendant 90 more days past his deadline 8/19/20 to submit his 2255 motion to the Court.

Respectfully Submitted  
Jeffrey Herring  
USP Coleman 2  
PO Box 1034  
Coleman, FL 33521  
Dated: 7/6/20

CC: file  
Mr. Troy A. Smith, Attorney At Law  
James Owen, France  
Mr. J. Summerhays, Facility Counselor

Granted, one last time. The Clerk is to mail this document to Petitioner.

So Ordered.  
/s/ KMK  7/14/20

To: Clerk of Court
    Judge Karas

I am writing to you in regards to my current/previous motions for extensions. I keep writing for extensions because due to COVID-19 my facility USP Coleman 2 is only allowing a certain amount of inmates out at a time for an hour and a half at a time (3 times a week) we cannot utilize the law library/education department let alone leave our units.
This is why I keep asking for extensions because I can't work on my case. I hope you understand.

Respectfully

Jeffrey Herring
77604-054

Jeffrey Herring # 77609-054
USP Coleman # 2
PO Box 1034
Coleman, FL 33521

RECEIVED
JUL 09 2020
U.S.D.C.
WP

TAMPA FL 335
SAINT PETERSBURG FL
06 JUL 2020 PM 8 L

LEGAL MAIL

ATTN: Mrs. Ruby J. Krajick · Clerk of Court
United States Courthouse
300 Quarropas St.
White Plains, NY
10601

10601-415099