# MEMO ENDORSED

TO: Honorable Kenneth M. Karas
U.S. District Court Judge
Southern District of N.Y.
U.S. Courthouse
300 Quarropas St
White Plains, N.Y 10601

7/9/20



Motion is denied without prejudice to allow Mr. Herring an opportunity to explain the basis for his potential habeas petition. The Clerk is to mail this document to Mr. Herring.

So Ordered. (Case No. 16-CR-302)

7/21/20

Re: Legal Representation Motion

Sir,

I am writing to you in regards to receiving legal representation from your court because I believe I have grounds for relief under the following: U.S. v. Barret & U.S. v. Davis.

I would also like to request to have Mr. Troy A. Smith as my legal counsel being that we have a great relationship & he has been on my case since the start.

If for any reason I am denied legal representation I ask that you please state to me in writing the reason (or reasons) for your denial. In advance I thank you very kindly & will patiently await your response.

Respectfully Submitted
Jeffrey Herring  77609-054
USP Coleman 2  PO Box 1034
Coleman, FL  33521
Dated: 7-9-20

CC: file
Mr. Troy A. Smith, Attorney At Law
James Olden - fiancé
Mr. J Summerfield - facility counselor

"LEGAL MAIL"

Jeffrey Herring # 77609-054
USP Coleman #2
P.O. Box 1034
Coleman, FL 33521

[SDNY WP stamp]

TAMPA FL 335
SAINT PETERSBURG FL
10 JUL 2020 PM 8 L

ATTN: Honorable: Kenneth M. Karas
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

10601-415099